■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BROWN, Appellant.

In addition to the passing by the defendant of what appeared to be two white envelopes, this case involves the observation by an experienced police officer of three suspicious transactions in a location known for drug trafficking in which there was an exchange of currency *(see, People v McRay,* 51 NY2d 594; *People v Luccioni,* 120 AD2d 617; *People v Balas,* 104 AD2d 1039; *People v Bittner,* 97 AD2d 33). We are satisfied that under the totality of the circumstances, there was sufficient information to lead a reasonable person who possessed the same expertise as the officer to conclude that a crime was being committed and, therefore, that probable cause to arrest existed. Thompson, J. P., Weinstein, Rubin and Spatt, JJ., concur.